[No. 27568-6-II.  Division Two.  January 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES DOMBROSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01744-8, Marywave Van Deren, J., entered July 2, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.

[No. 28173-2-II.  Division Two.  January 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM M. JACOBI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03477-8, D. Gary Steiner, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28356-5-II.  Division Two.  January 17, 2003.]

YOON SUK SONG, *Appellant*, v. JIN YI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-05464-9, Kitty-Ann van Doorninck, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28488-0-II.  Division Two.  January 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-01773-3, Wm. Thomas McPhee, J., entered March 12, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.